## IN THE U.S. DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

COOPER LEGGETT                                                                                              PLAINTIFF

VS.                                                                                   CAUSE NO. 2:24-cv-67-HSO-BWR

WAYNE COUNTY; WAYNE COUNTY BOARD OF
SUPERVISORS; HAL HAYES; MARVIN CHAPMAN;
JERRY HUTTO; GARY MALONE; HENRY COOLEY;
KEITH CLAY; JOE DYESS; and ANDREW CHAPMAN                           DEFENDANTS

---

## IN THE CIRCUIT COURT OF WAYNE COUNTY, MISSISSIPPI

COOPER LEGGETT                                                                                              PLAINTIFF

VS.                                                                                            CAUSE NO. CV-2024-52-B

WAYNE COUNTY; WAYNE COUNTY BOARD OF
SUPERVISORS; HAL HAYES; MARVIN CHAPMAN;
JERRY HUTTO; GARY MALONE; HENRY COOLEY;
KEITH CLAY; JOE DYESS; and ANDREW CHAPMAN                           DEFENDANTS

## NOTICE OF REMOVAL

to:   Rose M. Bingham                                  Daniel M. Waide
      Wayne County Circuit Clerk                       Attorney for Plaintiff
      Wayne County Courthouse                          Johnson, Ratliff & Waide, PLLC
      603 Azalea                                       P.O. Box 17738
      Waynesboro, Mississippi 39367                    Hattiesburg, Mississippi 39404

PLEASE TAKE NOTICE that the Defendants, Wayne County; Wayne County Board of Supervisors; Hal Hayes; Marvin Chapman; Jerry Hutto; Gary Malone; Henry Cooley; Keith Clay; Joe Dyess; and Andrew Chapman pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, give notice of the removal of this civil action from the Cause Number CV-2024-52-B in the Circuit Court of Wayne County, Mississippi, to the United States District Court for the Southern District of

Mississippi, Hattiesburg Division, which is the "district court of the United States for the district and division embracing the place where such action is pending" within the meaning of 28 U.S.C. §1441(a). See 28 U.S.C. §104(a)(3). As grounds for this removal, Defendant states as follows:

## TIMELY REMOVAL

1. Plaintiff filed his Complaint against Defendants in the Circuit Court of Wayne County, Mississippi on April 2, 2024. *See Exhibit 1 – Circuit Court File; Plaintiff's Complaint.*

2. The Complaint asserts claims through 42 USC § 1983 that Plaintiff suffered damages due to among other things an alleged deprivation of procedural due process in violation of the Fourteenth Amendment to the United States Constitution.

3. This removal is timely as this notice of removal is filed within thirty days after receipt by any Defendant of Plaintiff's Summons and Complaint that was first filed on April 2, 2024.

## GROUNDS FOR REMOVAL

4. Federal question jurisdiction exists as Plaintiff alleges that defendants violated Plaintiff's rights under the U.S. Constitution by depriving him of procedural due process.

5. This Court has original jurisdiction over the claims arising under federal law pursuant to 28 U.S.C. §1331.

6. This Court has supplemental jurisdiction over the state law claims arising out of the same case or controversy pursuant to 28 U.S.C. §1367(a).

7. This civil action is removable pursuant to the provisions of 28 U.S.C. §§1331, 1367(a), and 1441.

## PROCEDURAL ISSUES

8. A certified copy of the complete court file from the Circuit Court of Wayne County,

Mississippi has been requested and will be electronically filed in accordance with L.U.Civ.R. 5(b)(1).

9. A copy of this *Notice of Removal* is being served on Plaintiff through his attorney of record and the Clerk of the Circuit Court of Wayne County, Mississippi in compliance with 28 U.S.C. §1446(d).

10. All Defendants who have been served are, through counsel, actively removing this cause to federal court and there are no separate joinders required under these circumstances.

## NO WAIVERS OR ADMISSIONS

11. By filing this *Notice of Removal*, Defendant does not waive any jurisdictional objections or other defenses that are or may be available.

12. Defendant does not concede in any way that the allegations in the *Complaint* are true or accurate or that Plaintiff is entitled to any relief against it.

**WHEREFORE, PREMISES CONSIDERED,** Defendants Wayne County; Wayne County Board of Supervisors; Hal Hayes; Marvin Chapman; Jerry Hutto; Gary Malone; Henry Cooley; Keith Clay; Joe Dyess; and Andrew Chapman hereby file this *Notice of Removal* and remove this civil action from the Circuit Court of Wayne County, Mississippi, to the United States District Court for the Southern District of Mississippi, Hattiesburg Division.

RESPECTFULLY SUBMITTED on April 29, 2024.

__/s/ J. L. Wilson, IV_____
J. L. WILSON, IV, MB#10782
Attorney for all Defendants

OF COUNSEL:

UPSHAW, WILLIAMS, BIGGERS
   BECKHAM & RIDDICK, LLP
309 Fulton Street
Post Office Drawer 8230
Greenwood, Mississippi 38935-8230
Telephone: 662/455-1613
jwilson@upshawwilliams.com

CERTIFICATE OF SERVICE

    I, J. L. Wilson, IV, of counsel to defendants, hereby certify that I have this served via the ECF filing system and email a true and correct copy of the above and foregoing document unto:

    Daniel Wade, Esq.
    Johnson, Ratliff & Waide, PLLC
    P.O. Box 17738
    Hattiesburg, MS 39404

    CERTIFIED: April 29, 2024.

                      ____/s/ J. L. Wilson, IV_____
                        J. L. WILSON, IV